| AO 10<br>Rev. 1/2015 | **FINANCIAL DISCLOSURE REPORT<br>FOR CALENDAR YEAR 2020** | *Report Required by the Ethics<br>in Government Act of 1978<br>(5 U.S.C. app. §§ 101-111)* |

| 1. Person Reporting (last name, first, middle initial)<br><br>Polster, Dan A. | 2. Court or Organization<br><br>U.S. Dist. Ct., ND Ohio | 3. Date of Report<br><br>06/29/2021 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status;<br>magistrate judges indicate full- or part-time)<br><br>U.S. District Judge--Senior | 5a. Report Type (check appropriate type)<br><br>☐ Nomination  Date<br>☐ Initial ☑ Annual ☐ Final<br><br>5b. ☐ Amended Report | 6. Reporting Period<br><br>01/01/2020<br>**to**<br>12/31/2020 |

| 7. Chambers or Office Address<br><br>United States District Judge<br>18B Carl B. Stokes U.S. Court<br>Cleveland, Ohio 44113 |
|---|

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts,*
*checking the NONE box for each part where you have no reportable information.*

# I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions )*

☐ **NONE** *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | Lifetime Trustee | Mandel Jewish Day School (formerly Agnon School) |
| 2. | Trustee and Vice President | Siegal Lifelong Learning Center Foundation |
| 3. | Secretary and Trustee | Jewish Education Center of Cleveland |
| 4. | Trustee | Jewish Federation of Cleveland |
| 5. | Trustee | Bellefaire Jewish Children's Bureau |
| 6. | Trustee | family trust |
| 7. | Board of Directors | Federal Bar Assn (Cleveland chapter) |
| 8. | Chairman and Board of Directors | Mt. Sinai Health Care Foundation |
| 9. | Board of Directors | Global Cleveland |
| 10. | Board of Directors | William K. Thomas Inn of Court |
| 11. | Trustee | Mandel Foundation |
| 12. | Trustee | Mandel Supporting Foundation |
| 13. | Trustee | Yanowitz Supporting Foundation |
| 14. | Executive Committee and Board of Directors | Federal Judges Association |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions )*

☐ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. 1998 | U.S. Civil Service Retirement System (CSRS) vested pension for Dept. of Justice service (1976-1998); to be paid upon retirement from judicial service |
| 2. | |
| 3. | |

| Name of Person Reporting | Date of Report |
|---|---|
| Polster, Dan A. | 06/29/2021 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions )*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. 2020 | Park Synagogue (Stipend for teaching 7th--10th grade classes) | $1,093.00 |
| 2. 2020 | Cleveland-Marshall School of Law--teaching law school cla | $2,800.00 |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. 2020 | Coleman Law LLC (sole practice) |
| 2. | |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS *-- transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|
| 1. University of Miami, Fla. Law School | 1/22--1/26/2020 | Miami, Fla. | Speak at conference | Air fare, hotel, meals |
| 2. | | | | |
| 3. | | | | |
| 4. | | | | |
| 5. | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Polster, Dan A. | 06/29/2021 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

✔ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

✔ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Polster, Dan A. | 06/29/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Merrill Lynch Bank Deposit Program (Bank of America NA) | A | Interest | J | T | | | | | |
| 2. Oakmark Intl Fund | A | Dividend | J | T | | | | | |
| 3. Baron Growth Fd | A | Dividend | J | T | | | | | |
| 4. GNM P41107 bonds | B | Dividend | J | T | | | | | |
| 5. Cohen & Steers Reit Fd | B | Dividend | J | T | | | | | |
| 6. Amer.Funds Wash Fd | A | Dividend | J | T | | | | | |
| 7. Cohen & Steers Pref | A | Dividend | J | T | | | | | |
| 8. Blackrock Multi Asset Fd | A | Dividend | J | T | | | | | |
| 9. Nuveen Real Asset Income Fd | A | Dividend | J | T | | | | | |
| 10. James Alpha Global Real Estate Invest Fd | A | Dividend | J | T | | | | | |
| 11. Pimco Income Fd | A | Dividend | K | T | | | | | |
| 12. Pimco Long Duration Fd | A | Dividend | K | T | Buy | 02/11/20 | K | | |
| 13. Allianzgi Dividend Fd | A | Dividend | J | T | | | | | |
| 14. US Treasury Bill | A | Interest | | | Redeemed | 03/14/19 | J | A | |
| 15. Ishares Preferred Fd | A | Dividend | K | T | | | | | |
| 16. Osterweis Strategic Inc. Fd | A | Dividend | J | T | | | | | |
| 17. Reaves Utility Inc. Fd | B | Dividend | K | T | | | | | |

| 1 Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Polster, Dan A. | 06/29/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 18. First Eagle Gold Fd. | A | Dividend | K | T | Buy | 07/09/20 | J | | |
| 19. First Eagle Gold Fd. | A | Dividend | K | T | Buy (add'l) | 07/09/20 | J | | |
| 20. | | | | | | | | | |
| 21. Chevron/Texaco | B | Dividend | K | T | | | | | |
| 22. Intel | A | Dividend | K | T | | | | | |
| 23. Wells Fargo Bank Deposit Sweep Program | A | Dividend | K | T | | | | | |
| 24. Costco Wholesale Corp | A | Dividend | L | T | | | | | |
| 25. Vanguard Mid-Cap Fd | A | Dividend | K | T | | | | | |
| 26. Microsoft Corp. | B | Dividend | M | T | Donated (part) | | | | |
| 27. Microsoft Corp. | B | Dividend | M | T | Donated (part) | | | | |
| 28. FedEx Corp. | A | Dividend | K | T | | | | | |
| 29. Du Pont De Nemours (now DowDupont) | A | Dividend | | | Sold | 06/12/20 | K | A | |
| 30. Dow Inc | A | Dividend | | | Sold | 06/12/20 | K | A | |
| 31. DuPont | A | Dividend | | | Sold | 06/12/20 | K | A | |
| 32. Facebook Inc. | A | Dividend | L | T | | | | | |
| 33. Amazon Com Inc. | A | Dividend | K | T | | | | | |
| 34. Apple Inc. | A | Dividend | K | T | | | | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Polster, Dan A. | 06/29/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 35. Paypal Holdings Inc | A | Dividend | K | T | | | | | |
| 36. Select Sector Technology ETF | A | Dividend | K | T | | | | | |
| 37. Select Sector Consumer Discretionary ETF | A | Dividend | K | T | | | | | |
| 38. Select Sector Communications Fd. | A | Dividend | K | T | Buy | 11/23/20 | K | | |
| 39. US Treasury Bill | A | Interest | K | T | | | | | |
| 40. | | | | | | | | | |
| 41. Tenneco common | A | Dividend | J | T | | | | | |
| 42. Embarq (spinoff) | A | Dividend | J | T | | | | | |
| 43. Windstream (spinoff) | A | Dividend | J | T | | | | | |
| 44. CS&L Reit | A | Dividend | J | T | | | | | |
| 45. Nomura Partners Japan Fund Class S | A | Dividend | J | T | | | | | |
| 46. Unicom (formerly Comm. Ed. Preferred) | A | Dividend | J | T | | | | | |
| 47. Roulston Growth Fd | A | Dividend | J | T | | | | | |
| 48. PNC Bank (formerly National City)--check | A | Interest | J | T | | | | | |
| 49. PNC Bank-check | A | Interest | J | T | | | | | |
| 50. PNC Bank--CD | A | Interest | J | T | | | | | |
| 51. PNC Bank--CD | A | Interest | J | T | | | | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Polster, Dan A. | 06/29/2021 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 52. Ohio Savings - savings | A | Interest | J | T | | | | | |
| 53. IRA-Prudential Equity Fund | C | Dividend | K | T | | | | | |
| 54. IRA-Prudential Equity Fd. | C | Dividend | K | T | | | | | |
| 55. | | | | | | | | | |
| 56. ▨ SEP IRA (Securities America) lines 57-79) | E | Dividend | P1 | T | | | | | |
| 57. Morgan Stanley Bank CD | B | Interest | L | T | | | | | |
| 58. Bank Deposit Sweep | C | Interest | N | T | | | | | |
| 59. FBM International Fd | A | Dividend | | | Sold | 06/15/20 | M | A | |
| 60. HSBC Bank CD | A | Interest | K | T | | | | | |
| 61. Iva Worldwide Fd CL 1 | A | Interest | | | Sold | 06/15/20 | M | A | |
| 62. Invesco QQQ Tr Unit Serial 1 | B | Int./Div. | N | T | | | | | |
| 63. Janus Henderson Enterprise 1 | A | Int./Div. | M | T | | | | | |
| 64. JP Morgan Chase Bank CD | B | Interest | L | T | | | | | |
| 65. Neuberger Berman Large Cap Value Fd | C | Dividend | M | T | | | | | |
| 66. Prime Cap Odyssey Gr. Fd | A | Dividend | M | T | Buy | 06/15/20 | M | | |
| 67. Vanguard Healthcare Admiral Fd | A | Dividend | | | Sold | 06/15/20 | M | | |
| 68. Vanguard Group Div App ETF | B | Dividend | | | Sold | 06/15/20 | N | A | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Polster, Dan A.** | 06/29/2021 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 69. Vanguard Emerging Markets Bond Fd | A | Dividend | | | Sold | 06/15/20 | L | A | |
| 70. Wasatch Micrcocap Fd | A | Dividend | M | T | | | | | |
| 71. Clearbridge Internet Growth Fd. | A | Dividend | M | T | Buy | 06/15/20 | M | | |
| 72. Vanguard Consumer Staples Index Fd | B | Dividend | L | T | Buy | 06/15/20 | M | | |
| 73. Vanguard Utilties Index Fd | B | Dividend | L | T | Buy | 06/15/20 | L | | |
| 74. Vanguard 500 Index Fd | B | Dividend | L | T | Buy | 06/15/20 | L | | |
| 75. Vanguard Short Term Corp Bd Fd | C | Dividend | M | T | Buy | 06/15/20 | M | | |
| 76. Vanguard Ultra-Short Term Bd Fd | C | Dividend | M | T | Buy | 06/15/20 | M | | |
| 77. Federated Hermes Total Return Fd | A | Dividend | M | T | Buy | 09/10/20 | M | | |
| 78. Ishares Nasdaq Biotech Fd | A | Dividend | L | T | Buy | 09/10/20 | L | | |
| 79. SPDR DJ Indl Average Fd | B | Dividend | L | T | Buy | 09/10/20 | L | | |
| 80. | | | | | | | | | |
| 81. ▨ Revocable Trust (Wells Fargo) lines 82-119 | D | Dividend | N | T | | | | | |
| 82. Bank Sweep | B | Interest | M | T | | | | | |
| 83. Carlisle Companies Inc | A | Dividend | J | T | | | | | |
| 84. Ishares High Dividend Fd | B | Dividend | K | T | | | | | |
| 85. Ishares Select Dividend | A | Dividend | J | T | | | | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Polster, Dan A. | 06/29/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| A | B | | C | | D | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Description of Assets (including trust assets) | Income during reporting period | | Gross value at end of reporting period | | Transactions during reporting period | | | | |
| Place "(X)" after each asset exempt from prior disclosure | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86. Select Spector Utilities Fd | A | Dividend | K | T | | | | | |
| 87. Select Spector Financial Fd | A | Dividend | J | T | | | | | |
| 88. Select Spector Healthcare Fd | A | Dividend | K | T | | | | | |
| 89. Vanguard High Dividend Index Fd | A | Dividend | J | T | | | | | |
| 90. Vanguard Real Estate Index Fd | A | Dividend | K | T | | | | | |
| 91. Wisdomtree US Midcap Div Fd | A | Dividend | J | T | | | | | |
| 92. Blackrock Global Dividend Fd | A | Dividend | J | T | | | | | |
| 93. Blackrock Equity Dividend Fd | A | Dividend | J | T | | | | | |
| 94. Calamos Market Neutral Inc Fd | A | Dividend | J | T | | | | | |
| 95. Diamond Hill Long-short Fd | A | Dividend | J | T | | | | | |
| 96. First Eagle Global Fd Class A | A | Dividend | J | T | | | | | |
| 97. First Eagle Global Fd Class C | A | Dividend | K | T | | | | | |
| 98. Growth Fund America Class C Fd | A | Dividend | J | T | | | | | |
| 99. Harbor Fund Appreciation Fd | A | Dividend | L | T | | | | | |
| 100. Invesco Developing Markets Fd | A | Dividend | J | T | | | | | |
| 101. John Hancock Disciplined Value Fd | A | Dividend | K | T | | | | | |
| 102. Legg Mason Clearbridge Small Cap Fd | A | Dividend | J | T | | | | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Polster, Dan A. | 06/29/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 103. Lord Abbett Short Duration Fd | A | Dividend | J | T | | | | | |
| 104. Lord Abbett Short Duration Inc. Fd | A | Dividend | J | T | | | | | |
| 105. Lord Abbett High Yield Fd | A | Dividend | J | T | | | | | |
| 106. Mainstay Mackay Convertible Fd | B | Dividend | K | T | | | | | |
| 107. Meridian Growth Fd | A | Dividend | J | T | | | | | |
| 108. New Perspective CL-C Fd | A | Dividend | J | T | | | | | |
| 109. New Perspective Inc-Class Fd | A | Dividend | J | T | | | | | |
| 110. Blackrock Global Dividend Fd | A | Dividend | J | T | | | | | |
| 111. JP Morgan Mid-Cap Growth Fd | A | Dividend | J | T | | | | | |
| 112. JP Morgan Treasury Securities Fd | A | Dividend | K | T | | | | | |
| 113. Parnassus Core Equity Fd | A | Dividend | J | T | | | | | |
| 114. Pimco Income Fd | A | Dividend | J | T | | | | | |
| 115. Pioneer Short Term Inc Fd | A | Dividend | J | T | | | | | |
| 116. T Rowe Price Diversifed Small Cap Fd | A | Dividend | J | T | | | | | |
| 117. Vanguard Windsor Fd | A | Dividend | K | T | | | | | |
| 118. Vanguard Dividend Growth Fd | A | Dividend | J | T | | | | | |
| 119. Virtus Asset Floating Rate Fd | A | Dividend | J | T | | | | | |

1 Income Gain Codes: (See Columns B1 and D4)
A =$1,000 or less
B =$1,001 - $2,500
C =$2,501 - $5,000
D =$5,001 - $15,000
E =$15,001 - $50,000
F =$50,001 - $100,000
G =$100,001 - $1,000,000
H1 =$1,000,001 - $5,000,000
H2 =More than $5,000,000

2 Value Codes (See Columns C1 and D3)
J =$15,000 or less
K =$15,001 - $50,000
L =$50,001 - $100,000
M =$100,001 - $250,000
N =$250,001 - $500,000
O =$500,001 - $1,000,000
P1 =$1,000,001 - $5,000,000
P2 =$5,000,001 - $25,000,000
P3 =$25,000,001 - $50,000,000
P4 =More than $50,000,000

3 Value Method Codes (See Column C2)
Q =Appraisal
R =Cost (Real Estate Only)
S =Assessment
T =Cash Market
U =Book Value
V =Other
W =Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| Polster, Dan A. | 06/29/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 120. | | | | | | | | | |
| 121.  ▨   Beneficial IRA (Wells Fargo) (lines 122-128) | A | Dividend | K | T | | | | | |
| 122.  Wells Fargo Sweep | A | Interest | J | T | | | | | |
| 123.  Ishares High Dividend Fd | A | Dividend | J | T | | | | | |
| 124.  Ishares Preferred and Inc. Fd | A | Dividend | J | T | | | | | |
| 125.  Ishares Select Dividend Fd | A | Dividend | J | T | | | | | |
| 126.  Vanguard Real Estate Index Fd | A | Dividend | J | T | | | | | |
| 127.  Vanguard Mid Cap Fd | A | Dividend | J | T | | | | | |
| 128.  Vanguard Dividend Growth Fd | A | Dividend | J | T | | | | | |
| 129. | | | | | | | | | |
| 130. | | | | | | | | | |
| 131.  Mentor Property,LLC$40,000--12/19/12 | A | Distribution | K | R | | | | | |
| 132.  Norton Property, LLC $30,000--11/17/14 | A | Distribution | K | R | | | | | |
| 133.  Euclid KV, LLC $38,281--11/28/17 | A | Distribution | K | R | | | | | |
| 134. | | | | | | | | | |
| 135.  Trust** (lines 136-197) | E | Int./Div. | P1 | T | | | | | |
| 136.  --State of Israel Bond | B | Interest | K | T | | | | | |

| 1 Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Polster, Dan A. | 06/29/2021 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 137.  --Tenneco common | A | Dividend | J | T | | | | | |
| 138.  --JPMorgan Chase | A | Dividend | J | T | | | | | |
| 139.  Merrill Lynch Bank Deposit Program America NA) | A | Interest | L | T | | | | | |
| 140.  Allianxgi Inc and Gr Fd | A | Dividend | K | T | | | | | |
| 141.  -- Amer.Fds New Persp Fd | A | Dividend | L | T | | | | | |
| 142.  --American Washington Mut Fd | A | Dividend | K | T | | | | | |
| 143.  -- Oakmark Intl Fund | A | Dividend | J | T | | | | | |
| 144.  --Baron Growth Fd | A | Dividend | J | T | | | | | |
| 145.  US Treasury Bond | A | Interest | K | T | | | | | |
| 146.  --US GNM Bonds | A | Interest | J | T | | | | | |
| 147.  Cohen & Steers Pref | B | Dividend | K | T | | | | | |
| 148.  Cohen & Steers Reit | B | Dividend | K | T | | | | | |
| 149.  Lord Abbett Short Duration Inc Fd | B | Dividend | K | T | | | | | |
| 150.  Blackrock Multi Asset Inc Fd | A | Dividend | J | T | | | | | |
| 151.  James Alpha Global Real Estate Inv Fd | A | Dividend | J | T | | | | | |
| 152.  Nuveen Real Asset Inc Fd | A | Dividend | K | T | | | | | |
| 153.  Pimco Inc Fd | B | Dividend | K | T | | | | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Polster, Dan A. | 06/29/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 154. Pimco Long Duration Fd | A | Dividend | L | T | Buy | 02/11/20 | L | | |
| 155. Ishares Preferred | A | Dividend | J | T | | | | | |
| 156. Osterweis Strategic Inc Fd | A | Dividend | J | T | | | | | |
| 157. Reaves Utility Inc. Fd | A | Dividend | K | T | | | | | |
| 158. | | | | | | | | | |
| 159. Janney Advantage Preferred Sweep | A | Interest | K | T | | | | | |
| 160. CPS Technologies Corp. | A | Dividend | | | Sold | 06/18/20 | K | A | |
| 161. Vanguard Balanced Inc Fd | C | Dividend | M | T | | | | | |
| 162. Vanguard Dividend App Rd | B | Dividend | M | T | Sold (part) | 12/17/20 | K | D | |
| 163. Vanguard Total Stock Market Fd | B | Dividend | M | T | Buy (add'l) | 06/18/20 | K | | |
| 164. Vanguard Total Stock Market Fd | B | Dividend | M | T | Sold (part) | 12/17/20 | K | D | |
| 165. Vanguard Total Stock Market Fd | B | Dividend | M | T | Sold (part) | 12/21/20 | J | B | |
| 166. Box Inc. | A | Dividend | K | T | | | | | |
| 167. | | | | | | | | | |
| 168. Wells Fargo Bank Deposit Sweep Program | A | Interest | M | T | | | | | |
| 169. Amazon Com Inc. | A | Dividend | K | T | | | | | |
| 170. Apple, Inc. | A | Dividend | K | T | | | | | |

| 1 Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less F =$50,001 - $100,000 | B =$1,001 - $2,500 G =$100,001 - $1,000,000 | C =$2,501 - $5,000 H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000 H2 =More than $5,000,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| 2 Value Codes (See Columns C1 and D3) | J =$15,000 or less N =$250,001 - $500,000 P3 =$25,000,001 - $50,000,000 | K =$15,001 - $50,000 O =$500,001 - $1,000,000 | L =$50,001 - $100,000 P1 =$1,000,001 - $5,000,000 P4 =More than $50,000,000 | M =$100,001 - $250,000 P2 =$5,000,001 - $25,000,000 | |
| 3 Value Method Codes (See Column C2) | Q =Appraisal U =Book Value | R =Cost (Real Estate Only) V =Other | S =Assessment W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Polster, Dan A.** | 06/29/2021 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 171.  Walt Disney Co. | A | Dividend | K | T | Buy<br>(add'l) | 09/20/20 | J | | |
| 172.  Walt Disney Co. | A | Dividend | K | T | Buy<br>(add'l) | 11/23/20 | J | | |
| 173.  Internatinal Business Machine Corp | B | Dividend | K | T | | | | | |
| 174.  Paypal Holdings Inc. | A | Dividend | K | T | | | | | |
| 175.  Starbucks Corp. | A | Dividend | K | T | | | | | |
| 176.  Verizon Communications | A | Dividend | K | T | Buy<br>(add'l) | 11/23/20 | J | | |
| 177.  US Treasury Bond | B | Int./Div. | L | T | | | | | |
| 178.  US Treasury Bond | A | Int./Div. | L | T | | | | | |
| 179.  Us Treasury Bond | A | Int./Div. | L | T | | | | | |
| 180.  -Spire Inc. (formerly Laclede Gas) common | B | Dividend | L | T | | | | | |
| 181.  --Nuveen Ohio Munic. Fd | A | Dividend | J | T | | | | | |
| 182.  --Eaton Vance Tax Managed Gr. Fd<br>(formerly E.V. Marath) | A | Dividend | L | T | | | | | |
| 183.  --Cedar Fair | D | Dividend | L | T | | | | | |
| 184.  --American Express Co. | A | Dividend | K | T | | | | | |
| 185.  --Chevron/Texaco | B | Dividend | L | T | | | | | |
| 186.  --Enterprise Products | B | Dividend | K | T | | | | | |
| 187.  --IBM Corp. | B | Dividend | K | T | | | | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Polster, Dan A.** | 06/29/2021 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 188. --Emerson Electric Co. | A | Dividend | K | T | | | | | |
| 189. --Costco Wholesale Corp | A | Dividend | K | T | | | | | |
| 190. Service Properties Tr (formerly Hospitality Properties Reit Trust) | B | Dividend | J | T | Sold (part) | 09/29/20 | J | A | |
| 191. --Vanguard Mid-Cap Fd | A | Dividend | K | T | | | | | |
| 192. Vanguard Real Estate Index Fd | A | Dividend | K | T | Buy (add'l) | 06/12/20 | K | | |
| 193. Cincinnati Ohio Urban Redevelopment Bd | A | Interest | K | T | | | | | |
| 194. Microsoft Corp | A | Dividend | L | T | Sold (part) | 06/12/20 | K | D | |
| 195. Ishares ETF | C | Dividend | K | T | | | | | |
| 196. --Embarq. (spinoff) | A | Dividend | J | T | | | | | |
| 197. --Windstream (spinoff) | A | Dividend | J | T | | | | | |
| 198. | | | | | | | | | |
| 199. | | | | | | | | | |
| 200. | | | | | | | | | |
| 201. | | | | | | | | | |
| 202. | | | | | | | | | |
| 203. | | | | | | | | | |
| 204. | | | | | | | | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Polster, Dan A. | 06/29/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 205. | | | | | | | | | |
| 206. | | | | | | | | | |
| 207. | | | | | | | | | |
| 208. | | | | | | | | | |
| 209. | | | | | | | | | |
| 210. | | | | | | | | | |
| 211. | | | | | | | | | |
| 212. | | | | | | | | | |
| 213. | | | | | | | | | |
| 214. | | | | | | | | | |
| 215. | | | | | | | | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Polster, Dan A. | 06/29/2021 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

VII.  Lines 82-119 ▇▇▇ Revocable Trust: ▇▇▇ inherited these assets upon the dealth ▇▇▇▇▇▇

Lines 122-128 ▇▇▇ Beneficial IRA: ▇▇▇ inherited these assets upon the death ▇▇▇▇▇▇

Lines 131, 132,133  Purchase date and purchase price are listed in "Description of Assets" column

| Name of Person Reporting | Date of Report |
|---|---|
| Polster, Dan A. | 06/29/2021 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature:  **s/ Dan A. Polster**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544